JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA,<br><br>    Plaintiff,<br><br>v.<br><br>M-L PARTNERSHIP; and DOES 1 to 10,<br><br>    Defendant. | Case No. 8:24-CV-01797-AB (JDEx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 18, 2024

                                                ANDRÉ BIROTTE JR.
                                                UNITED STATES DISTRICT JUDGE